AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
10/24/2019
JULIA C. DUDLEY, CLERK
BY: /s/ K. Dotson
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Charlie GONZALEZ Tolentino | ) | Case No. 5:19mj00058 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 1 2019__ in the county of __Winchester__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) | was found in the United States, at a location within the Western District of Virginia, after having been denied admission, excluded, deported, or removed from the United States and having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Matthew W. Klauenberg
*Complainant's signature*

Matthew W. Klauenberg, Deportation Officer
*Printed name and title*

Received be reliable electronic means and sworn and attested to by telephone.

Date: 10/24/19

*Judge's signature*

City and state: Charlottesville, VA

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*